AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## *Eastern District of Washington*

JIMMY ELLIS CLARK,

                    Petitioner,

               v.

SUPERIOR COURT STEVENS COUNTY, et al.,

                  Respondents.

## JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-09-363-LRS

☐ **Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.**

☒ **Decision by Court. This action came to** hearing **before the Court. The issues have been** heard **and a decision has been rendered.**

IT IS ORDERED AND ADJUDGED the Petition is DISMISSED with prejudice pursuant to the Order Dismissing Petition entered on February 3, 2010, Ct Rec 5.

February 3, 2010
*Date*

JAMES R. LARSEN
*Clerk*
s/ Cora Vargas
*(By) Deputy Clerk*
Cora Vargas